**Order entered October 8, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00517-CR

### ARIANNA LINDSEY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F-1171158-J**

## ORDER

We **GRANT** appellee's motion for extension of time to file brief and **ORDER** the brief

tendered to the Clerk of the Court October 6, 2015 filed as of the date of this order.

/s/      DOUGLAS S. LANG
         JUSTICE